Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  949.851.3939
Facsimile:   949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS,
INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MIKKELSEN,<br><br>                    Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>                    Defendant. | Case No. SACV13-1853-PSG (DFMx)<br><br>Assigned to:<br>District Judge Philip S. Gutierrez<br><br>**STIPULATION FOR DISMISSAL<br>WITH PREJUDICE BETWEEN<br>PLAINTIFF DEBORAH<br>MIKKELSEN AND DEFENDANT<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.** |

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

IS HEREBY STIPULATED by and between Plaintiff Deborah Mikkelsen ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Court shall retain jurisdiction to enforce the terms of the settlement.  Each side shall bear its own attorneys' fees and costs incurred herein.

1    Dated:  November 4, 2014              Respectfully submitted,

2                                          JONES DAY

3
                                           By  /s/ Katherine A. Klimkowski
4                                              Katherine A. Klimkowski

5                                          Attorneys for Defendant
                                           EXPERIAN INFORMATION
6                                          SOLUTIONS, INC.

7

8    Dated:  November 4, 2014              FRANCIS & MAILMAN, P.C.

9
                                           By: /s/ Erin Novak
10                                             Erin Novak

11                                         Attorneys for Plaintiff
                                           DEBORAH MIKKELSEN
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Katherine A. Klimkowski, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408. On November 4, 2014, I served a copy of the **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF DEBORAH MIKKELSEN AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** by electronic transmission.

I am familiar with the United States District Court Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Stephanie R. Tatar | Erin A. Novak |
| Tatar Law Firm, APC | Francis & Mailman, PC |
| 3500 West Olive Avenue, Suite 300 | 100 South Broad Street 19th Floor |
| Burbank, CA 91505 | Philadelphia, PA 19110 |
| T: (323) 744-1146 | T: (215) 735-8600 |
| F: (888) 778-5695 | F: (215) 940-8000 |
| Email: Stephanie@TheTatarLawFirm.com | Email: enovak@consumerlawfirm.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

Executed on November 4, 2014, at Irvine, California.

*/s/ Katherine A. Klimkowski*
Katherine A. Klimkowski

IRI-360068304v1

- 3 -

STIPULATION FOR DISMISSAL
Case No. SACV13-1853-PSG (DFMx)